**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MARIA BROTHERTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 8:14-cv-02867<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PENDENCY OF RELATED ACTIONS (Pursuant to L.R. 1.04(d))**

In accordance with Local Rule 1.04(d), I certify that the instant action:

 X   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**SEE ATTACHMENT A**

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

DATED:  November 19, 2014        BAUM, HEDLUND ARISTEI & GOLDMAN

　　　　　　　　　　　　　　　　By:     /s/ Mark H. Schlein
　　　　　　　　　　　　　　　　　　Mark H. Schlein, Esq. (FL Bar No. 0000700)
　　　　　　　　　　　　　　　　　　mschlein@baumhedlundlaw.com
　　　　　　　　　　　　　　　　　　12100 Wilshire Blvd., Suite 950
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　　　　　　Tel:  (310) 207-3233
　　　　　　　　　　　　　　　　　　Fax:  (310) 820-7444

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　*Maria Brotherton*

1

## CERTIFICATE OF SERVICE

        I, Mark H. Schlein, hereby certify that, on November 19, 2014, I electronically filed a **NOTICE OF PENDENCY OF RELATED ACTIONS** with the Clerk for the United States District Court for the Middle District of Florida using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        /s/ Mark H. Schlein
                                        Mark H. Schlein