**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MARIA BROTHERTON,**  Case No.  8:14-cv-02876-JSM-TGW

**Plaintiff,**

vs.

**ELI LILLY AND COMPANY, an Indiana
Corporation,**

**Defendant.**
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant Eli Lilly and Company ("Defendant") moves this Honorable Court for an order extending the time for Defendant to respond to the Complaint to January 19, 2015. Defendant was served with the Complaint on December 8, 2014, and its response is currently due on December 29, 2014. Counsel for Defendant requires additional time to review and analyze the allegations made in the Complaint, and to prepare its response, particularly in light of the intervening holidays. Defendant's Motion is not being made for the purpose of delay and the brief extension sought will not needlessly delay the case.

Pursuant to Local Rule 3.01(g), counsel for Defendant has conferred with Plaintiff's counsel before filing this motion. Plaintiff agrees to the relief requested.

216866 v1

WHEREFORE, Defendant Eli Lilly and Company respectfully requests an order extending Defendant's deadline to respond to the Complaint to, and including, January 19, 2015.

Respectfully submitted,

s/ Scott W. Anderson
Scott W. Anderson
Florida Bar No.: 738311
SHOOK, HARDY & BACON  L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL  33602-5810
(813) 202-7100
(813) 221-8837 (fax)
sanderson@shb.com
*Attorney for Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all attorneys of record.

s/ Scott W. Anderson
Attorney

-2-

216866 v1